UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 05-60203-CR-MARTINEZ**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES R. MacARTHUR,
Reg. No. 64437-004

Defendant.

_______________________________________/

**ORDER ON MANDATE**

THE CLERK of this Court has received and filed the Mandate issued by the Court of Appeals for the Eleventh Circuit on the appeal taken by defendant, James R. MacArthur. Accordingly, the mandate is hereby made the Order of this Court.

**FURTHERMORE**, in accordance with the Mandate, the Court orders:

1. The Defendant's Motion to Correct Judgment (D.E.642) is **Dismissed** for lack of jurisdiction.

2. The Defendant's Motion to Request Calculation of Remaining Restitution (D.E. 669) is also **Dismissed** for lack of jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of April, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record