UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 05-60203-CR-MARTINEZ**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES MACARTHUR,

Defendant.
_______________________________________/

**ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE**

THIS MATTER came before the Court upon Defendant's Motion to Terminate Supervised Release **(D.E.#675).** The Court has carefully considered the request, the pertinent portions of the record, and has been fully advised in the premises. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Terminate Supervised Release (D.E.#675) is **Denied.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day, of May, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
U.S. Probation Office